UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED
IN CLERKS OFFICE

2003 DEC -5  A 11: 50

Case No. 03-80612 CIV-ZLOCH

U.S. DISTRICT COURT
DISTRICT OF MASS.

SECURITIES AND EXCHANGE COMMISSION

Plaintiff,

v.

MICHAEL LAUER,
LANCER MANAGEMENT GROUP, LLC, and
LANCER MANAGEMENT GROUP II, LLC,

Defendants,

and

LANCER OFFSHORE, INC.,
LANCER PARTNERS, LP,
OMNIFUND, LTD.,
LSPV, INC., and LSPV, LLC,

Relief Defendants.

03 MBD 10390

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

**NOTICE OF FILING SEC RECEIVERSHIP COMPLAINT, ORDER APPOINTING RECEIVER, ORDER EXPANDING RECEIVERSHIP AND ORDER OF REAPPOINTMENT IN COMPLIANCE WITH 28 U.S.C. § 754**

Marty Steinberg, Esq., court-appointed receiver (the "Receiver") of Lancer Management Group LLC, Lancer Management Group II LLC, Lancer Offshore Inc., Omnifund Ltd., LSPV Inc., LSPV, LLC, Alpha Omega Group, Inc., and G.H. Associates LLC, and the responsible person in control of Lancer Partners, L.P., currently a debtor-in-possession before the United States Bankruptcy Court for the District of Connecticut, hereby provides notice of filing the following attached documents:



Case No. 03-80612-CIV-ZLOCH

1. The Complaint filed by the Securities and Exchange Commission initiating the above-captioned enforcement and receivership proceeding, dated July 8, 2003 and attached hereto as Exhibit "A";

2. The Order appointing the Receiver in the above-captioned proceeding, dated July 10, 2003 and attached hereto as Exhibit "B";

3. The Order extending the receivership encompassed by the original July 10, 2003 Receivership Order, dated September 3, 2003 and attached hereto as Exhibit "C"; and

4. The Order reappointing the Receiver for the purposes of compliance with 28 U.S.C. § 754, dated December 3, 2003 and attached hereto as Exhibit "D."

HUNTON & WILLIAMS, LLP
*Counsel for the Receiver*
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel: (305) 810-2500
Fax: (305) 810-1653

_____
Craig V. Rasile (FBN 613691)
Jeffrey P. Bast (FBN 996343)

64036.000002 MIAMI 187658v1